UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON ALEXANDER FAVOR, SAVANNAH GUTHRIE
BRANDON FAVOR-EL, JOHN AND/OR JANE DOE(S)
BRANDON FAVOR, UNIDENTIFIED PARTIES, STAR JONES

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

SAVANNAH GUTHRIE, ATTORNEY AT LAW, NBC (NEW YORK)
SAVANNAH C. GUTHRIE
SAVANNAH GUTHRY
JOHN AND/OR JANE DOES OR UNIDENTIFIED
PARTIES AND/OR ENTITIES
STAR JONES (FORMER PROSECUTOR), AS OF "4/28/2015

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

**15 CV 9618**

RECEIVED 2015 DEC -9 AM 10:14 SDNY PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Brandon Favor-El
             ID # G60488
             Current Institution CALIFORNIA STATE PRISON
             Address 40001 KING AVENUE
             CORCORAN, CALIFORNIA 93212

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name SAVANNAH GUTHRIE                         Shield # _____
                  Where Currently Employed NBC (NEW YORK, NEW YORK)
                  Address 30 ROCKEFELLER PLAZA
                  NEW YORK, NEW YORK 10112

1

Rev. 05/2010

Defendant No. 2
Name SAVANNAH C. GUTHRIE          Shield #_____
Where Currently Employed NBC (NEW YORK), ATTORNEY
Address 30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112

Defendant No. 3
Name SAVANNAH GUTHRY             Shield #_____
Where Currently Employed NBC (NEW YORK)
Address 30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112

Defendant No. 4
Name JOHN AND/OR JANE DOES       Shield # INAPPLICABLE
Where Currently Employed INAPPLICABLE
Address INAPPLICABLE

Defendant No. 5
Name STAR JONES                   Shield #_____
Where Currently Employed UNAVAILABLE
Address UNAVAILABLE

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
I honestly believe and factually recall event or effect presenting arrival and/or began within the year of 1995, CALIFORNIA STATE PRISON

B. Where in the institution did the events giving rise to your claim(s) occur?
Information unavailable by accuracy. I, in the housing unit cell

C. What date and approximate time did the events giving rise to your claim(s) occur?
Date factually unknown or unavailable, time occurrence began in the evening hour(s) recalled. Knowingly (1995) - actual date or time were not recorded or difficult to recall, unavailable

2

Rev. 05/2010

D. **Facts:** [handwritten] Savannah Guthrie were allowed to perform lawyer duties on a basis without prepayment of fees in the year of 1995, after a call or say of "concern", regarding my well being, once unaccepted, my father began appearing disorderly while acting while under the influence of crack cocaine. Several years later my good friend Rahmaan Hutcherson arrived under the same conditions in the year of 2003 after thanksgiving day, I (realistically) recall smelling the (cocaine) substance on multiple instances or occasions and became scarce on grounds unestablished to locate or figure out where it comes arrives from. I am not certain where it arrives from. I believe it is a sadonic or black dark spell with witchcraft being used against me, as if something were stolen or taken away from me. My father Melvin Favors began to suffer. I did NOT trust Ms. Guthry with my legal liberties an recall her taken of my unexceptions of her legal records, I simply DID NOT and would not trust Savannah Guthry, (inexperienced) and not capable to lead with the spirit of God, easily moved to believe anything. The article of assignment taken or assumed is not lawfully knot or grounded with legal liability on or upon Ms. Guthrie's behalf authorized deceitfully upon or by my behalf. Ms. Guthrys assumption or (illegal) criminal takening is held and carried upon or en Ms. Guthry whether in control an assumed position of control or carried at fault, her legal law authorities carried and abused by with, Ms. Guthrie.

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. [handwritten] I have suffered while jailed inside of Mens Central County jail, including Twin Towers in the year of 2005, I suffered physical alterations on several accounts in the year of 2006. I were hospitalized for Mental Health Treatment in the year of 2007 received a wired jaw (Twin Towers) year 2012 I received severe bodily pains, Head Trama on the brain requiring MRI, submission before District Court- Central (Los Angeles) District for EMERGENCY REQUEST ORDER (Nov 17) on medical release, own recognizance, bail bones for NOVEMBER 8, 2004 Murder/Robbery.

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). MEN CENTRAL COUNTY JAIL, TWIN TOWERS CORRECTIONAL FACILITY, NORTH KERN STATE PRISON, KERN VALLEY STATE PRISON, CALIPATRIA, RICHARD J. DONOVAN CORRECTIONAL FACILITY, CALIFORNIA STATE PRISON

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ___   Do Not Know ___

If YES, which claim(s)? (2012, Pre-ordinary Surroundings, (2013) MRI / Assisting An Inmate (2012) Double Listing

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? RICHARD J. DONOVAN CORRECTIONAL FACILITY

1. Which claim(s) in this complaint did you grieve? 2012, Assisting an inmate, George Letters, Pre-ordinary Surroundings,

2. What was the result, if any? Exhausted at Second Level Review, as of Sept (2015) Pending with removal of Battery On A Peace Officer Resulting In Use Of Force allegation, NDS Staff

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Filing CDCR 22, contacting medical, Departmental Mental Health, corresponding with Correctional Counselors, at least, appearing before Administrative Review Hearings, Institution Classification Committee, filing CDCR 602, filing CDCR 602-HC (HEALTH CARE APPEAL), appearing before nurse / doctor appointments, correspondence with State Departments, including local/district courts

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I were not available to file, incident substances, for example, being pinched in the face based on a preception, including preordinary surroundings, simply arriving from housing transfer, instances arriving from inmate fighting, for conflict of interest with housing authorities, Sheriff Staff and personnel.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: I contacted state office, county council regarding several incidents where I received an injury or believed I were a target against racism or cruel and/or unusual punishment, I've had with the incident as to it's occurrence and submitted the incident before the mailing staff receive a notification and/or letter, if required.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I am on-going with (legal) filing in claim on related incident, with allegation BATTERY ON A PEACE OFFICER RESULTING IN USE OF FORCE has been removed as of September (2015), inmate receive interview with CALIFORNIA STATE PRISON appeals coordinators granting NON-DISCIPLINARY STATUS, as of NOVEMBER 13, 2015 inmate returned back to INSTITUTIONAL CLASSIFICATION COMMITTEE on Rules Violation in error's by removal of the previous BATTERY ON A PEACE OFFICER RESULTING IN USE OF FORCE allegation, inmate claims are open as remaining in other local or district courts.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). In further respects, Injunctive Relief in the amount of Four Hundred Eighty Billion Dollars, $480,000,000,000.00, with Punitive Damages set in the amount of Seventy Billion Dollars, $70,000,000,000.00, without prejudice, adding a non-value limit which will prejudice all any future respects with all claim and/or injury (damages), the outcome of the BATTERY ON A PEACE OFFICER RESULTING IN USE OF FORCE allegation, by it's SEPTEMBER (2015) removal per appeals coordinators at CALIFORNIA STATE PRISON, granting thereafter NON-DISCIPLINARY STATUS ("NDS" status), in effects to not punish consequent inmate with housing transfer return to level IV (for) Facility, inmate must return to 270 facility with privilege - not to further harms in errors on housing facility and its location. Court assistance by order regarding nature and contact with Ms Cathrine m. Peters to determine how Mr. Fover were unprivileged or unable/unavailable to deter harms and establish communication with person identified as a party before whom arriving to a against a select location where avoidance of harms allowed an act of manslaughter or performance of murder to occur, accumulating liability.

VI. Previous lawsuits:

<div style="border:1px solid">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff BRANDON A. FAVOR

Defendants JAMES JEFFERSON, JR

2. Court (if federal court, name the district; if state court, name the county) UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
3. Docket or Index number 2:15-cv-07134-JGB-JEM
4. Name of Judge assigned to your case Honorable Jesus G. Bernal, John E. McDermott
5. Approximate date of filing lawsuit SEPTEMBER 15, 2015
6. Is the case still pending? Yes ✓  No ___
   If NO, give the approximate date of disposition NON-APPLICABLE
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) The case is pending the receive information, where the defendant may become receptive against not only the application it is the nature of the defendants prior and continuous living conditions.

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓   No ___

[On other claims]

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Brandon Favor-El

Defendants Los Angeles Superior Court

2. Court (if federal court, name the district; if state court, name the county) UNITED STATES DISTRICT COURT-CENTRAL DISTRICT OF CALIFORNIA
3. Docket or Index number 2:15-cv-05842-JGB-JEM
4. Name of Judge assigned to your case Jesus G. Bernal, Magistrate Judge John E. McDermott
5. Approximate date of filing lawsuit August 3, 2015
6. Is the case still pending? Yes ___  No ✓
   If NO, give the approximate date of disposition UNAVAILABLE
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) DISMISSED

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of AUGUST, 2015.

Signature of Plaintiff _____

Inmate Number  CX60488

Institution Address  40001 KING AVENUE
CORCORAN, CALIFORNIA 93212

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 29th day of NOVEMBER, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

In year 2004, year 2006, KIM KARDASHIAN is driven by adulterated movements with company of RAY-J, I did not personally seek harms with KIM KARDASHIAN, jailed living conditions created distrusted measures where safety were not available and/or allowable, Isis Williams wholly is not the marking stone, living conditions and subtle conditions formed against FAVOR created this path opening does worked for destruction, FAVOR recalls its unadjusted availability to destroy KIM KARDASHIAN's life and image, marking a second person for adult entertainment, this occurrence occured on FAVOR by living conditions with preadmissions in, with, belief of harms unorderly kept by SHARON WINFROW and STEFANIE FAIR for MYCHELLE ROMG, not distaining SEAN BAZRUT (BAZILLE), JAMES JEFFERSON, JR.

The trial of BRANDON ALEXANDER FAVOR created injury beforehand, upon, against Deputy Public Defender Nancy Sveilch Pogue, Senior Paralegal Fannie Owo, Deputy District Attorneys, NAME UNAVAILABLE, Valarie Abdul, Acnelle Rocha, Marcos Musante, Alan Yochelson, Detective Elizabeth Rico, Frank Weber, Inspector Salaam, Dennis Fanning, Tommy Thompson, Officer Dave Nomm, in relation to, for, additional officers, judicial staff and personnel. Deputy Attorney General Gary Lieberman, Linda C. Johnson, BROWN MARTINEZ.

Ms. Guthrie's abuse of the legal system and/or its undertaking misdirected the life of BRANDON FAVOR, unknowingly creating instances where incidents occured and/or worsened (living) conditions undermined by or with preordinary surroundings.

## V. RELIEF:

ISIS WILLIAMS (NATASHA DANETTE GUDROZ)
Punitive Damages in the amount of Seven Hundred Fifty Million Dollars ($750,000,000.00)
Injunctive Relief in the amount of Four Hundred Fourty Million Dollars ($440,000,000.00)
LEGAL ADJUNCTURES SHALL NOT BE PREJUDICED

KIM KARDASHIAN
INJUNCTIVE RELIEF in the amount of THREE HUNDRED MILLION DOLLARS ($300,000,000.00)
PUNITIVE DAMAGES set with an unspecified amount, not to be prejudiced.

MICHAEL WILEY - LEGAL CONJECTURE ARE NOT PREJUDICED
Punitive Damages, unspecified amount
Injunctive Relief, unspecified amount

RELIEF subjective by, against, parties are not prejudiced against damage claim(s).

SEAN BAZILLE (BAZRUT), LEGAL CONJECTURE ARE NOT PREJUDICED
Punitive Damages, unspecified amount
Injunctive Relief, unspecified amount

STEFANIE FAIR, LEGAL CONJECTURE ARE NOT PREJUDICED
PUNITIVE DAMAGE, unspecified amount
INJUNCTIVE RELIEF, in the amount of Four Hundred Four Million Dollars ($404,000,000.00)

SHARON WINFROY, LEGAL CONJECTURE ARE NOT PREJUDICED
PUNITIVE DAMAGE, unspecified amount
INJUNCTIVE RELIEF, unspecified amount

NOVEMBER 8, 2004, SUSPECT(S), A&T LIQUOR STORE, ROBBERY/MURDER (LOS ANGELES) LEGAL CONJECTURES ARE NOT PREJUDICED
SUSPECT NO. 1 PUNITIVE DAMAGES, unspecified amount
           INJUNCTIVE RELIEF, unspecified amount

SUSPECT NO. 3
PUNITIVE DAMAGES, UNSPECIFIED AMOUNT
INJUNCTIVE RELIEF, UNSPECIFIED AMOUNT

SUSPECT NO. 2, NOT BURDENED, NOR PREJUDICED

RAHSHAD ALI (RAM PARASSO)
PUNITIVE DAMAGES, unspecified amount
INJUNCTIVE RELIEF, unspecified amount

JAMES JEFFERSON, JR.
PUNITIVE DAMAGES, unspecified amount
INJUNCTIVE RELIEF, unspecified amount

JOHN DOE
PUNITIVE DAMAGES, unspecified amount

III. INJURIES:

Injuries began once Ms. Guthrie accepted counselship upon own terms, in furtherance to future occurrences without probability, I, personally were not involved in concern of, with, any future mishaps involving criminal textures, I were not bothered by/with concern of a driving violation, therefore, Ms. Guthrie assumed legal liability counselship without consent; directed venue of appointment, its assumption moved Ms Guthrie before properties privately held or consumed without the proper direction of its owner and/or ownership Melvin Towers my father began abusing himself by controlled substances, In likes, of drug abuse, CRACK COCAINE, by once stating "IT GIVES ME ENERGY", I did not accept its presence, the takings of my parents welfare and conduct of giving, my father suffered for well over the periods of the mid 70's (after or during the 1996 year) the last visual seeing were of 2002, my fathers falling and failures provided by, with, Ms. Guthrie effected my living habits and living conditions attempt to provide care of a drug induction, without notification, the conditions based upon the same standards allowed Sean Bazille (Bazrut) to suffer sexual identity while held against its natural ability, nature in the charge of nature taken against Brandon Favor as a minor in the year of 1990, if so, if not later than, the same exact instances formed connection unto, an against JAMES JEFFERSON, JR, if not the same year as BAZILLE (BARRUT), the year thereafter, the efforts to produce valuable effects taken attack on preordinary surroundings countered by living conditions and sufferance thereafter so effect while held to condition unconsciously. Stephanie air with Sharon Winfrey suffered ability of performance with with held conditions allowing Sharon Winfrey to suffer sexual identity and growth in maturity and natural sexual manifestation long with, in amongst BRANDON FAVOR, while countered on or by Stephanie Fair, Sharon Winfrey ould not relate with the then eighteen years of age Brandon Favor while held on a state of being there her conscious moral were not aligned to compromise discomfort set from, by, Winfrey among to and against Brandon Favor, the incurring amount of damages totaling a the reflection by Winfrey ewers living condition exert and extend over a period of either, half the life span, if not more. Mr. Favor could not comprehend with his inability to simply operate thereafter while Ms. Guthrie took dvantage of legal authority and/or authority of laws, beginning to operate as an unaccepted unsel person representing a person in which whom did not request the appointmentship of, by, s. Guthrie, therefore, to not escape, ALL potential injury claims, as afforded by court requirement application record, injuries recorded and injuries not recorded shall not be prejudiced. injuries occurring while detained begin with defendants police interview, good faith waiver of miranda, ghts, inability to communicate or become stagnant to not furtherly provide integeral response, rries drawn a differ interpretation, response, unlawful answer, reply, answer held with, by, no grity, incapability to navigate honest reflections in honor, efforts, to reply, respond response in, th integrity, defendants inability to overcome changes mislead detectives and allowed endant small spaces to either correct or respond as openly given, Ms. Guthrie only similarity sessed the inability to not comprehend set stages or circumvent its allowability thereafter ken, this first state of mind occured while FAVOR rode the METRO LINE NO. 40 (along with SUSPECT NO. 3 and .4, unable to identify (the) attached persons to FAVOR, as enjoining favor felt as he believed, this distain oom to whom, timely, as after thought, remembering "the lawyer woman" not acknowledging (at instant), ereafter remaining calm and cautious in regards to possible kept inordinate actions, in terms of GUTHRIE or entered exited over a total of four maybe five times total, the final exit acted to go against the ore in arriving, this evil seeming as juiced against the taken nature coupled with the moving ons (FAVOR, SUSP. NO. 1 to) an its untimely grasp with held suspect no. 1 against his own nature, s attacking the store property in a beastly nature marked to destroy. ASHA DANETTE GUTIRREZ, AKA, ISIS WILLIAMS fell victim at defect of Micheal Wiley, while in held sense, for, Favors enjoinment of semi purpose to address Wiley in 2004, Isis Williams s is a devilish character, acted to "DO AS SO", adult pornography d as onavailable, Isis Williams stated

II INJURIES: CONTINUATION

"STAR JONES" took measure into her company without legal order segregating law research or evil attempt by confrontation, her practice of legal authority are irresponsible, without legal responsibility where as in civil protection runs without warranted cause, I am hereby victimized by the legal authorities carried by, on, STAR JONES whom shall not assume responsible liabilities. I am requesting protection order upon the clause restraining STAR JONES and SAVANNAH GUTHRIE an order, carried before the District Court unto the United States Supreme Court, a safety before evil contempt and nature, the public protection order includes monitoring of, by S. GUTHRIE, S JONES action[s] and conduct in carriance of ANY law, legal measure[s] DEPARTMENT OF CORRECTIONS and the ADMINISTRATION OF THE COURTS hereby warrent existence upon evil cruelty and public offense.

Restraint order extention before public also, SHARON WINFREY AKA "SHAY" SHACORRON WINFREY, STORMING PARM, SHANER WILLIAMS, NATASHA DANGTTE GUPORUZ AKA "RES WILLIAMS". including ALL/ANY related unidentified parties, JOHN AND/OR JANE DOE(S), without prejudice.

RELIEF:
STAR TONES
D- $7,500,000,000.00, SEVEN BILLION FIVE HUNDRED MILLION DOLLARS (PUNITIVE DAMAGES)
-R- UNSPECIFIED AMOUNT
RESTRAINING ORDER ON STAR TONES (INCLUDING LEGAL AUTHORITIE(S)), SAFETY PROTECTION ORDER,
SESTAINS BY, WITH, LEGAL PRACTICES

